# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

06mj 83

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. P0620665

Russell Miller

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

CITY       STATE      ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 12/05/06        Russel Miller
                      DEFENDANT'S SIGNATURE

6 months court probation

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(✓) Fine: $ 20 and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $ 30.00 within 60 days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
(✓) Community Service 40 hours with fees not to exceed $ _____
    completed by _____

2 days custody with credit for 2 days served

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                          CLERK, USDC              CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA)   1130 O STREET, RM 5000   501 "I" STREET
POST OFFICE BOX 740026        FRESNO, CA 93721         SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate **your name and case/citation number** shown above to ensure your account is credited for payment received.

Date: 12/5/06           William R. Wunderlich
                        U.S. MAGISTRATE JUDGE

Clerk's Office



EDCA-3